# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| VALEDA COMPANY, LLC, | ) | CASE NO. 5:21-cv-2392 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| AMF BRUNS AMERICA, L.P., | ) | |
| | ) | |
| DEFENDANT. | ) | |

Before the Court is the Report and Recommendation (Doc. No. 23) of Magistrate Judge Carmen E. Henderson with respect to defendant's emergency motion to modify preliminary injunction. (*See* Doc. No. 21.) Due to the urgent nature of the motion, and at the recommendation of the magistrate judge in her written order, the Court ordered that any objections be filed by 12:00 noon on April 22, 2022. None have been filed.

The failure to file written objections to a Magistrate Judge's report and recommendation constitutes a waiver of a de novo determination by the district court of an issue covered in the report. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986); *see United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

For the reasons in the report and recommendation, which the Court has reviewed and now accepts, defendant's emergency motion to modify the preliminary injunction (Doc. No. 21) is denied.

**IT IS SO ORDERED**.

Dated: April 22, 2022

                                              **HONORABLE SARA LIOI**
                                              **UNITED STATES DISTRICT JUDGE**